**FILED**

DEC 03 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GAYLA DEXTER, an individual; MARIE G. DEXTER, an individual; and JACK O. DEXTER, as Trustee of the Kurt G. Dexter Separate Property Trust dated February 28, 2013,<br><br>Defendants. | Case No. C 13-04250 HRL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>(RE: Dkt. No. 13) |

The Court, having reviewed Plaintiff The Guardian Life Insurance Company of America's Request to Continue Initial Case Management Conference, finds that good cause exists to enter an order granting the request.

Accordingly, IT IS HEREBY ORDERED as follows:

The initial case management conference is continued from December 17, 2013 to February 18, 2014 at 1:30 p.m. The parties' joint Report is due February 11, 2014, seven days prior to the date of the continued case management conference.

Dated: December 3, 2013

_____
The Honorable Howard R. Lloyd
Magistrate Judge