LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

134673.1

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GAYLA DEXTER, an individual; MARIE G. DEXTER, an individual; and JACK O. DEXTER, as Trustee of the Kurt G. Dexter Separate Property Trust dated February 28, 2013,<br><br>    Defendants. | Case No. C 13-04250 HRL<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION FOR:<br><br>**(1) DISCHARGE, DISMISSAL, AND RELEASE OF PLAINTIFF THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA;**<br><br>**(2) AWARD OF ATTORNEYS' FEES AND COSTS TO PLAINTIFF THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA AND FOR ORDER TO CLERK TO DISBURSE FUNDS FOR PAYMENT OF AWARD;**<br><br>**(3) ORDER TO CLERK TO DISBURSE REMAINDER OF INTERPLED FUNDS, LESS AWARD OF ATTORNEYS' FEES AND COSTS, TO DEFENDANT JACK O. DEXTER, AS TRUSTEE; AND**<br><br>**(4) DISMISSAL OF COMPLAINT IN INTERPLEADER**<br><br>[Re: Dkt. No. 19] |

On February 3, 2014, the parties filed a Stipulation for (1) Discharge, Dismissal, and Release of Plaintiff The Guardian Life Insurance Company of America; (2) Award of Attorneys' Fees and Costs to Plaintiff The Guardian Life Insurance Company of America and for Order to Clerk to Disburse Funds for Payment of Award; (3) Order to Clerk to Disburse Remainder of Interpled Funds, Less Award of Attorneys Fees and Costs, to Defendant Jack O. Dexter, as Trustee of the Kurt G. Dexter Separate Property Trust dated February 28, 2013; and (4) Dismissal of Complaint in Interpleader. The Court, for good cause shown, GRANTS the stipulation and issues the following Order:

IT IS HEREBY ORDERED that the Complaint in Interpleader was properly brought by Plaintiff The Guardian Life Insurance Company of America ("Guardian"), and the sum specified therein, to wit: One Hundred Seventy-Six Thousand Two Hundred and Thirty-Six Dollars and Ninety-Nine Cents ($176,236.99), previously deposited with the Clerk of this Court (the "Interpled Funds"), represents the total death benefit proceeds and interest payable under the subject Group Plan No. G-00384721-NC (the "Plan") as a result of the death of Kurt G. Dexter.

IT IS FURTHER ORDERED THAT Guardian, the Plan, and their predecessors, representatives, parent companies, subsidiaries, affiliates, Policyholders, officers, directors, employees, agents, brokers, attorneys, successors, and assigns, and any and all other entities and person in privity with it are discharged, released, and relieved from any and all further liability or responsibility to all of the Defendants named herein, to wit: Gayla Dexter, an individual; Marie G. Dexter, an individual; and Jack O. Dexter, as Trustee of the Kurt G. Dexter Separate Property Trust dated February 28, 2013; and also to the Kurt G. Dexter Separate Property Trust dated February 28, 2013; and also to any other persons or entities whether claiming by, through, or under any said individuals and entities, in any way arising out of or in any way connected with the Plan, the proceeds payable under the Plan by reason of the death of Kurt Dexter, this interpleader action, and/or the facts set forth herein.

IT IS FURTHER ORDERED that Guardian is hereby dismissed with prejudice from this action.

IT IS FURTHER ORDERED that the funds on deposit with this Court may be disbursed by this Court to the proper party or parties as declared by this Court.

IT IS FURTHER ORDERED that each and every Defendant in this action, and the Kurt G. Dexter Separate Property Trust dated February 28, 2013, is, during the pendency of this action and permanently, enjoined and restrained from instituting, prosecuting, or taking any further action or proceedings against Guardian, the Plan, and their predecessors, representatives, parent companies, subsidiaries, affiliates, Policyholders, officers, directors, employees, agents, brokers, attorneys, successors, and assigns, and any and all other entities and person in privity with it in any action, suit or proceeding, relating to the facts set forth herein, the filing of this interpleader action, arising out of or in any way connected with the Plan which is the subject of this interpleader action, relating to the benefits payable under the Plan, and/or the facts set forth in the Complaint in Interpleader.

IT IS FURTHER ORDERED that Guardian be awarded its reasonable attorneys' fees and costs incurred in connection with all aspects of this action, in the amount of Eighteen Thousand Dollars ($18,000.00), in full satisfaction of its claim for attorney's fees and costs against any parties. This amount shall be paid out of the Interpled Funds which were deposited with the Clerk of the Court on or about September 13, 2013.

IT IS FURTHER ORDERED that this Court, by and through its Clerk, or as otherwise appropriate, shall forthwith disburse this amount ($18,000.00), from the Interpled Funds to The Guardian Life Insurance Company of America, care of its attorney of record, Cliff Melnick, Meserve, Mumper & Hughes LLP, 800 Wilshire Boulevard, Suite 500, Los Angeles, California 90017-2611.

IT IS FURTHER ORDERED that the Interpled funds previously deposited with the Clerk of the Court, less the amount of Eighteen Thousand Dollars ($18,000.00) disbursed to Guardian as reasonable attorneys' fees and costs, be disbursed to Jack O. Dexter, as Trustee of the Kurt G. Dexter Separate Property Trust dated February 28, 2013, by and through his counsel, James Efting, Esq., Jackson and Efting, 438 South Murphy Avenue, Sunnyvale, California, 94086.

1    IT IS FURTHER ORDERED that Defendant Gayla Dexter shall receive none of the
2 Interpled Funds.

3    IT IS FURTHER ORDERED that Defendant Marie Dexter shall receive none of the
4 Interpled Funds.

5    IT IS FURTHER ORDERED that the Complaint in Interpleader filed by Guardian in this
6 action is dismissed with prejudice as to all defendants, pursuant to Rule 41(a) of the Federal Rules
7 of Civil Procedure.   The clerk shall close the file.

8    **IT IS SO ORDERED.**

10 Dated: _____February 10,_____, 2014        _____
                                              The Honorable Howard R. Lloyd
11                                            Magistrate Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

134673.1

3

Case No. C 13-04250 HRL
[PROPOSED] ORDER GRANTING STIP. FOR
DISCHARGE, DISMISSAL, AND RELEASE